| Date | Pleading Number | |
|---|---|---|
| 4/13/72 | 1. | MOTION FOR CONSOLIDATION, supporting brief, supplemental motion with additional actions, complaints, miscellaneous exhibits, certificate of service. O&9 |
| 4/20/72 | 2 | Amendment to motion by J. McDaniel to add Ky (7225-A) to motion for consolidation (w/cert of service) |
| 4/26/72 | | REQ. FOR EXT. OF TIME by American Basketball Association, et al. to & incl. 5/8/72. |
| 4/26/72 | | ORDER EXTENDING TIME to all parties to & incl. 5/8/72 to responses. |
| 4/28/72 | | PHOENIX SUNS - request for an indefinite extension of time from Phoenix Suns to respond to motion. |
| 5/2/72 | | HEARING ORDER - Setting A-1 through B-1 for hearing, Denver, Colorado June 2, 1972; Notified counsel, involved judges. |
| 5/2/72 | | ORDER- Denying Phoenix Suns request for an extension of time. Notified counsel |
| 5/8/72 | 3 | PHOENIX SUNS - Brief, Affidavit, and Certi. of Service to motion to transfer. |
| 5/8/72 | 4 | AMERICAN BASKETBALL ASSOCIATION Response to motion, brief, cert of service. |
| 5/8/72 | 5 | NATIONAL COLLEGIATE ATHLETIC ASSOC. Response to motion w/cert of service |
| 5/8/72 | 6 | CAROLINA COUGARS, RDG CORP., MUNCHAK CORP., GORHAM AND SCHEER Response to motion w/cert of service |
| 5/9/72 | 7 | NATIONAL BASKETBALL ASSOCIATION - Memorandum and response w/cert of service |
| 5/15/72 | 8. | NATIONAL BASKETBALL ASSOCIATION - Second Memorandum w/Cert. of Ser. |
| 5/15/72 | 9 | JAMES MCDANIELS reply brief w/cert. of service |
| 5/22/72 | 9a | Movants (James McDaniels) amendment to reply brief. |
| 7/13/72 | | OPINION AND ORDER - Denying transfer-sent to all interested judges; counsel; publishers; clerks; and Panel members. (Entered) A-1to7 +B-1 |

DOCKET NO. 102 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE PROFESSIONAL BASKETBALL ANTITRUST LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 6-2-72

Date(s) of Opinion(s) or Order(s) 7/13/72  344 F. Supp. 1405

Consolidation Ordered _____   Name of Transferee Judge _____

Consolidation Denied ✓   Transferee District _____



| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James McDaniels, et al. v. The Carolina Cougars, et al. | W.D.Wash. Sharp | 135-72C2 | | | Dism. 5/22/72 | McDaniels motion-4/13/72 |
| A-2 | The Carolina Cougars, et al. v. All-Pro Management, Inc., et al. | C.D.Cal. Hill | 72-345-IH | | | | " |
| A-3 | The Munchak Corporation, etc. v. James R. McDaniels | M.D.N.C. Gordon | C-51-G-72 | | | | " |
| A-4 | The Munchak Corporation, etc. v. The National Basketball Association, et al. | N.D. Ga. O'Kelley | 16269 | | | | " |
| A-5 | American Basketball Association, et al. v. National Basketball Association, et al. | N.D.Cal. Zirpoli | 51055 | | | | " |
| A-6 | American Basketball Association, v. National Basketball Association, et al. | N.D.Cal Conti | C-72-509-SC | | | | " |
| A-7 | James McDaniels, et al. v. The Carolina Cougars, et al. | W.D.Wash. Sharp | 179-72C2 | | | dism. 5/22/72 | " |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | All Members of the National Collegiate Athletic Assoc. v. All Members of the American Basketball Association, et al. | W.D.Ky Allen | 7225-A | | | | McDaniels motion-4/20/72 |
| | THE FOLLOWING RELATED ACTIONS WERE NOT CONSIDERED FOR CONSOLIDATION BY THE PANEL: | | | | | | |
| C-1 | Washington Capitols Basketball Club v. Richard F. Barry III | N.D. Cal | 52229 | | | | |
| C-2 | The National Collegiate Athletic Association, et al. v. American Basketball Association, et al. | E.D. Pa. | 72-717 | | | | |
| C-3 | Oscar Robertson, et al. v. National Basketball Association, et al. | S.D. Ny | 70 Civ. 1526 | | | | |
| C-4 | The Virginia Squires Basketball Club, Inc., v. Charles Scott | C.C. Chesapeake | C.A. 172-72-N | | | | |
| C-5 | The Virginia Squires Basketball Club, Inc., et al. v. Charles T. Scott | Arizona | 72-138 PHX | CAM | | | |
| C-6 | The Phoenix Professional Basketball Club v. The American Basketball Association, et al. | Arizona | 72-143 PHX | CAM | | | |
| C-7 | Charles Scott, et al. v. The American Basketball Association, et al. | Arizona | 72-142-PHX | CAM | | | |
| C-8 | Irving H. Levin, et al. v. National Basketball Assn., et al. | N.D.Ill. Decker | 72 C 1966 | | | | |

p. \_\_\_\_\_

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 102 -- IN RE PROFESSIONAL BASKETBALL ANTITRUST LITIGATION

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| JAMES R. McDANIELS<br>    Charles S. Burdell, Esquire<br>    Ferguson & Burdell<br>    929 Logan Building<br>    Seattle, Washington 98101 | THE CAROLINA COUGARS<br>RDG CORPORATION<br>THE MUNCHAK CORPORATION<br>THEODORE J. MUNCHAK<br>ROBERT D. GORHAM<br>CARL SCHEER<br>    Frank Love, Jr., Esquire<br>    Powell, Goldstein, Frazer & Murphy<br>    11th Floor, Citizens & Southern<br>      Bank Building<br>    Atlanta, Georgia 30303 |
| THE SEATTLE SUPERSONICS<br>SAMUEL SCHULMAN<br>    Melville Monheimer, Jr., Esquire<br>    John M. Schermer, Esquire<br>    Monheimer, Schermer, Van Fredenberg<br>      & Smith<br>    510 Securities Building<br>    Seattle, Washington 98101 | ATLANTA HAWKS<br>    ~~Kilpatrick, Cody, Rogers, McClatchey~~<br>    ~~& Regenstein~~<br>    ~~1045 Hurt Building~~<br>    ~~Atlanta, Georgia 30303~~ |
| ATHLETES ADVISORY GROUP, INC.<br>NORMAN BLASS<br>    William L. Dwyer, Esquire<br>    Culp, Dwyer, Guterson & Grader<br>    13th Floor, Hoge Building<br>    Seattle, Washington 98104 | PHOENIX PROFESSIONAL BASKETBALL<br>  CLUB (PHOENIX SUNS)<br>    Stanley G. Feldman, Esquire<br>    Miller, Pitt & Feldman<br>    201 North Stone Avenue<br>    Tucson, Arizona 85701 |
| AMERICAN BASKETBALL ASSOCIATION<br>JACK DOLPH<br>    Frederick P. Furth, Esquire<br>    Russ Building, Suite 1330<br>    235 Montgomery Street<br>    San Francisco, California 94104 | GOLDEN STATE WARRIORS<br>LEMAT CORPORATION D/B/A<br>  SAN FRANCISCO WARRIORS<br>    Robert L. Dunn, Esquire<br>    Bancroft, Avery & McAlister<br>    240 Stockton Street<br>    San Francisco, California 94108 |
| ALL-PRO MANAGEMENT INC.<br>AL ROSS<br>    John J. Quinn, Esquire<br>    Kadison, Pfaelzer, Woodard & Quinn<br>    611 West Sixth St., 23rd Floor<br>    Los Angeles, California 90017 | |

p. _____

| ~~Plaintiffs~~ | ~~Defendants~~ |
|---|---|
| Mr. J. Walter Kennedy<br>Two Pennsylvania Plaza, Suite 2360<br>New York, New York   10001<br><br>San Diego Rockets<br>3500 Sports Arena Boulevard<br>San Diego, California   92110<br><br><br>NATIONAL BASKETBALL ASSOCIATION<br>   (& Member Teams)<br>PHILADELPHIA 76'ERS       ATLANTA HAWKS<br>BALTIMORE BULLETS<br>BOSTON CELTICS<br>DETROIT PISTONS<br>MILWAUKEE BUCKS<br>~~NEW YORK KNICKERBOCKERS~~<br>LOS ANGELES LAKERS<br>CHICAGO BULLS<br>PORTLAND TRAILBLAZERS<br>HOUSTON ROCKETS<br>CINCINNATI ROYALS<br>CLEVELAND CAVALIERS<br>     George C. Gallantz, Esquire<br>     Proskauer, Rose, Goetz & Mendelsohn<br>     300 Park Avenue<br>     New York, New York 10022<br><br><br>ALL MEMBERS OF THE NATIONAL COLLEGIATE<br>ATHLETIC ASSOCIATION<br>     Henry G. Eager, Esquire<br>     Swanson, Midgley, Eager, Gangwere<br>         & Thurlo<br>     1500 Commerce Bank Building<br>     Kansas City, Missouri   64106<br><br>MADISON SQUARE GARDEN CORPORATION<br>NEW YORK KNICKEOBKCERS, INE.<br>   Roy C. Reardon, Esquire<br>   Simpson, Thacher & Bartlett<br>   One Battery Park Plaza<br>   New York, New York   10004 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

*DO NOT USE*

IN RE PROFESSIONAL BASKETBALL ANTITRUST LITIGATION

*SEE SERVICE LIST*

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Charles S. Burdell, Esquire<br>Ferguson & Burdell<br>929 Logan Building<br>Seattle, Washington 98101<br>(for McDaniels)<br><br>John M. Schermer, Esquire<br>Melville Monheimer, Jr., Esquire<br>Monheimer, Schermer, Van Fredenberg<br>& Smith<br>510 Securities Building<br>Seattle, Washington 98101<br>(for Sonics) | The Carolina Cougars<br>Greensboro Colosseum<br>1921 West Lee Street<br>Greensboro, North Carolina 30303<br><br>The Munchak Corporation<br>c/o The Carolina Cougars<br>Greensboro Colosseum<br>1921 West Lee Street<br>Greensboro, North Carolina 30303<br><br>RDG Corporation<br>c/o The Carolina Cougars<br>Greensboro Colosseum<br>1921 West Lee Street<br>Greensboro, North Carolina 30303<br><br>ATHELETES ADVISORY GROUP, INC.<br>NORMAN BLASS<br>  William L. Dwyer, Esquire<br>  Culp, Dwyer, Guterson & Grader<br>  13th Floor, Hoge Building<br>  Seattle, Washington 98104<br><br>American Basketball Association<br>1700 Broadway<br>New York, New York 10019<br><br>Mr. Theodore Munchak<br>215 Piedmont Avenue East<br>Atlanta, Georgia 30312<br><br>Mr. Robert B. Gorham<br>c/o The Carolina Cougars<br>Greensboro Colosseum<br>1921 West Lee Street<br>Greensboro, North Carolina 30303<br><br>Mr. Jack Dolph<br>c/o American Basketball Association<br>1700 Braodway<br>New York, New York 10019 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-2 | Frederick P. Furth, Esquire<br>~~Thomas J. Gundlach, Esquire~~<br>Russ Building, Suite 1330<br>235 Montgomery Street<br>San Francisco, California  94104<br><br>Richard H. Hicks, Esquire<br>Hutchinson & Irwin<br>411 West Fifth St., Suite 800<br>Los Angeles, California  90013 | ALL-PRO MANAGEMENT INC.<br>AL ROSS<br>  John J. Quinn, Esquire<br>  Kadison, Pfaelzer, Woodard & Quinn<br>  611 West Sixth Street, 23rd Floor<br>  Los Angeles, California  90017 |
| A-3 | William Zuckerman, Esquire<br>Forman & Zuckerman, P.A.<br>Post Office Box 2157<br>Greensboro, North Carolina  27401 | JAMES R. MCDANIELS<br>  Bynum M. Hunter, Esquire<br>  Smith, Moore, Smith, Schell & Hunter<br>  700 Jefferson Building<br>  Post Office Drawer G<br>  Greensboro, North Carolina  27402 |
| A-4 | Frank Love, Jr., Esquire<br>Powell, Goldstein, Frazer & Murphy<br>11th Floor, Citizens & Southern<br>  Bank Building<br>Atlanta, Georgia  30303<br>       for Carolina Cougars *<br><br>Frederick P. Furth, Esquire<br>Address as above<br>       for ~~RDG Corporation~~<br>           ~~The Munchak Corporation~~<br>           ~~Robert D. Gorham~~<br>           ~~Theodore~~ Munchak<br>           *[handwritten]*<br><br><br>    * Also for<br>        RDG Corporation<br>        The Munchak Corporation<br>        Theodore J. Munchak<br>        Robert D. Gorham<br>        Carl Scheer | National Basketball Association<br>Two Pennsylvania Plaza, Suite 2360<br>New York, New York  10001<br><br>Seattle Supersonics<br>221 W. Harrison<br>Seattle, Washington  98119<br><br>Phoenix Suns<br>2303 North Central Avenue<br>Phoenix, Arizona  85004<br><br>All-Pro Management, Inc.<br>1900 Avenue of the Stars, Suite 1600<br>Los Angeles, California  90067<br><br>Mr. Al Ross<br>1900 Avenue of the Stars, Suite 1600<br>Los Angeles, California  90067<br><br>Mr. J. Walter Kennedy<br>Two Pennsylvania Plaza, Suite 2360<br>New York, New York  10001<br><br>Mr. Samuel Schulman<br>c/o National General Corporation<br>P. O. Box 54801, Terminal Annex<br>Los Angeles, California  90054<br><br>Baltimore Bullets<br>Civic Center<br>Baltimore, Maryland  21201 |

DOCKET NO. 102

# ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE PROFESSIONAL BASKETBALL ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Boston Celtics (NBA)<br>Boston Garden, North Station<br>Boston, Massachusetts 02114<br><br>Detroit Pistons (NBA)<br>202 Michigan Avenue<br>Detroit, Michigan 48226<br><br>Milwaukee Bucks (NBA)<br>700 W. Wisconsin Avenue<br>Milwaukee, Wisconsin 53233<br><br>New York Knickerbockers (NBA)<br>Madison Square Garden<br>4 Pennsylvania Plaza<br>New York, New York 10001<br><br>Philadelphia 76'ers (NBA)<br>The Spectrum<br>Broad Street & Pattison<br>Philadelphia, Pennsylvania 19148<br><br>ATLANTA HAWKS<br>  Kilpatrick, Cody, Rogers, McClatchey<br>    & Regenstein<br>  1045 Hurt Building<br>  Atlanta, Georgia 30303<br><br>Los Angeles Lakers (California Sports, Inc) (NBA)<br>Post Office Box 10<br>Inglewood, California 90306<br><br>Chicago Bulls (NBA)<br>505 North Michigan Avenue<br>Chicago, Illinois 60611<br><br>Golden State Warriors (NBA)<br>556 Golden Gate Avenue<br>San Francisco, California 94102<br><br>Portland Trailblazers (NBA)<br>700 NE Multnomah St., Suite 380<br>Portland, Oregon 97232 |

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | The Houston Rockets (NBA)<br>3930 Kirby Drive<br>Houston, Texas 77006<br><br>Cincinnati Royals (NBA)<br>Cincinnati Gardens<br>2250 Seymour Avenue<br>Cincinnati, Ohio 45212<br><br>Cleveland Cavaliers (NBA)<br>3717 Euclid Avenue<br>Cleveland, Ohio 44115<br><br>Lemat Corporation d/b/a San Francisco Warriors<br>556 Golden Gate Avenue<br>San Francisco, California 94102<br><br>San Diego Rockets<br>3500 Sports Arena Boulevard<br>San Diego, California 92110 |
| A-5 | Frederick P. Furth, Esquire<br>Address same as above<br><br>William C. Barnard, Esquire<br>Sommer, Tinkham, Barnard & Freiberger<br>815 Merchants Bank Building<br>Indianapolis, Indiana | NATIONAL BASKETBALL ASSOCIATION ✓ *member teams*<br>George G. Gallantz, Esquire<br>Proskauer, Rose, Goetz & Mendelsohn<br>300 Park Avenue<br>New York, New York 10022<br><br>PHOENIX PROFESSIONAL BASKETBALL CLUB (Phoenix Suns)<br>Stanley G. Feldman, Esquire<br>Miller, Pitt & Feldman<br>201 North Stone Avenue<br>Tucson, Arizona 85701 |
| A-6 | Same as A-5 above | Kenneth P. Short, Esquire<br>Donald W. Ferrell, Esquire<br>Short, Cressman & Cable |
| A-7 | Same as A-1 above | 3000 Seattle-First National Bank Bldg.<br>Seattle, Washington 98154 |
| B-1 | Joseph Stopher, Esq.<br>Boehl, Stopher, Graves & Deindoerfer<br>Kentucky Home Life Building<br>Louisville, Kentucky<br><br>Henry E. Eager<br>1500 Commerce Bank Bldg.<br>Kansas City, Missouri 64106<br><br>*Swanson, Midgley, Eager, Gangwere & Thurlo* | SAN FRANCISCO WARRIORS<br>GOLDEN STATE WARRIORS<br>LEMAT CORPORATION<br>Robert L. Dunn, Esquire<br>Bancroft, Avery & McAlister<br>240 Stockton Street<br>San Francisco, California 94108 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 102 -- In re Professional Basketball Antitrust Litigation

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| The Carolina Cougars, ✓ | A-1   B-1 |
| The Munchak Corporation ✓ | A-1   B-1 |
| The RDG Corporation ✓ | A-1   B-1 |
| Athletics Advisory Group, Inc. ✓ | A-1   B-1 |
| American Basketball Association ✓ | A-1   B-1 |
| Norman Blass ✓ | A-1   B-1 |
| Theodore J. Munchak ✓ | A-1   B-1 |
| Robert E. Gorham | A-1 |
| Jack Dolph ✓ | A-1 |
| All=Pro Management Inc. ✓ | A-2, A-4   B-6 |

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 102 -- In re Professional Basketball Antitrust Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| California Sports Inc. *Marks, NBA* | A-4; A-5 |
| The Chicago Professional Basketball Corp. *Marks, NBA* | A-4; A-5 |
| Phoenix Professional Basketball Club *Marks, NBA* | A-4 |
| San Diego Basketball Club *Marks, NBA* | A-4; A-5 |
| Seattle Supersonics Corp. *Marks, NBA* | A-4; A-5; A-6 |
| Boston Celtics Basketball Club *Marks, NBA* | A-4; A-5 |
| Cincinnati Basketball Club Co. *Marks, NBA* | A-5 |
| New York Knickerbocker Basketball Club *Marks, NBA* | A-5 |
| Phoenix Suns *Marks, NBA* | A-5; A-6 |
| Lemat Corporation *Marks, NBA* | A-5 |

over

p. 4

| | A-5 |
|---|---|
| San Francisco Warriers | |

p. 2

| | |
|---|---|
| Al Ross ✓ | A-2; A-4 B-6 |
| James R. McDaniels ✓ | A-3; A-4 B-7 |
| National Basketball Association ✓ | A-4; A-5; A-6 |
| J. Walter Kennedy ✓ | A-4 |
| Samuel Schulman ✓ | A-4 |
| Baltimore Bullets Basketball Club *Member, NBA* | A-4; A-5 |
| Detroit Piston Basketball Club *Member, NBA* | A-4; A-5 |
| Mulwaukee Professional Sports & Services, Inc. *Member, NBA* | A-4; A-5 |
| Madison Square Garden, Inc. *Member, NBA* | A-4; A-5 |
| RIKO Enterprises, Inc. ✓ *Member, NBA* | A-4; A-5 |
| Atlanta Hawks Basketball, Inc. *Member, NBA* | A-4 |